█ In the Matter of DONALD M. DONAUDY, Appellant, v JOSEPH P. HOEY, as Deputy Attorney-General of the State of New York, et al., Respondents.—Order of the Supreme Court, Suffolk County, entered February 11, 1976, affirmed, without costs or disbursements, on the opinion of Mr. Justice Birns. Hopkins, Acting P. J., Martuscello, Latham, Christ and Hawkins, JJ., concur.

█ In the Matter of ROSE A. FERRAIOLI, Petitioner, v ABE LAVINE, Individually, and as Commissioner of the New York State Department of Social Services, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of the New York State Department of Social Services, dated September 24, 1974, which, after a hearing, affirmed a determination of the respondent Commissioner of the Nassau County Department of Social Services, which reduced petitioner's authorization for certain psychiatric treatment. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. Petitioner's contentions that the determination has no rational basis and distorts the purposes of the medical assistance program are not substantiated by the record in this proceeding, which, on the contrary, reveals an eminently rational basis for the determination and a concern for quality medical care. Gulotta, P. J., Martuscello, Latham, Margett and Shapiro, JJ., concur.

█ In the Matter of FRANK L. (ANONYMOUS), et al., Children Alleged to be Neglected. JULIA L. (ANONYMOUS), Appellant.—Four orders of the Family Court, Rockland County, all dated July 1, 1975, affirmed, without costs or disbursements. There was ample proof to establish the allegations of the petitions. Latham, Acting P. J., Damiani, Christ, Shapiro and Titone, JJ., concur.